UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                    4:22cr000301-21 KGB

ALFRED ROGERS                                                        DEFENDANT

### DEFENDANT'S SECOND MOTION FOR DETENTION HEARING

Comes now, Brooks Wiggins on behalf of the Defendant, ALFRED ROGERS, and in support of this Second Motion for Detention Hearing hereby states as follows:

1. Brooks Wiggins was appointed to represent the Defendant, Alfred Rogers, who has pled Not Guilty on or about November 15, 2022.

2. On or about November 17, 2022, a detention hearing was held wherein the Court detained the Defendant. The Defendant is currently at the Sheridan Detention Center.

3. The Defendant owns real and personal property that is not secured, and he is in danger of losing all his assets because of the detention. Defendant moves the Court for a Second Detention Hearing for reconsideration of the Defendant's bond.

**WHEREFORE**, it is respectfully requested that the Court set a Second Detention Hearing in this matter.

Respectfully Submitted,

\_\_Brooks Wiggins_____
Brooks Wiggins, ABA # 2003080
111 South Main Street
Benton, AR 72015
(501) 244-2244
(501) 421-6274 FAX
Email: brookswigginslaw@gmail.com